IN THE UNITED STATES DISTRICT COURT FOR THE THIRD

DISTRICT OF DELAWARE

Wednesday, July 26, 2006

John A. Franklin [Pro-Se]
30329 Vines Creek Road
Dagsboro Delaware 19939

06 - 466

Plantiffs

CIVIL DOCKET VERIFIED COMPLAINT
DEMAND A JURY TRIAL [SEVENTH AMENDMENT]

Pocono Ranch Lands Property Owners Association [a foreign corporation]
80 Pocono Ranch Lands
Bushkill, PA 18324-9801

and

the following in there official capacity and individual capacity
President Vice President Sal Albanese Treasurer Michael Muller
Recording Secretary Barbara Cali
Associated Board Members
Roy Borgfeld  John Cerruti Ed Condra John Frawley
Thelma Hurd Chris Isolda Lois Martin Rich Massaro Donald Murphy
Kathleen Simoncic
Office Staff
David Cavanaugh Community Manager Barbara Station—Asst. Community Manager
Milli Kleiber - Administrative Assistant
Deanna Romano—Administrative Assistant
Jenny Shull - Bookkeeper
Joe Galayda - Construction Administrator
Maintenance Staff
David Allbaugh - Maintenance Supervisor
Timothy McCabe - Maintenance
Jim Whittaker - Maintenance
Brian Schimmel - Maintenance
Sam Gurian—Maintenance
Patsy Varga - Housekeeping
Public Safety Staff
Joe Davis - Manager
Steven Roach
Tim Santiago
Richard Veech



FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

Stable Staff
Doreen Santiago - Manager
John Fuehrer
Jennifer Nesci
Shannon Whipple
Charlene White

and

Mr. McBride [lawyer]   [a foreign corporation]
213 Silver Lake Road
Dingmans Ferry
State, Zip Code PA  18328

Defendants

## PLANTIFFS MOTION TO PROCEED IN FORMA PAUPERIS AS PER PLANTIFFS FIRST AMENDMENT TO OUR UNITED STATES CONSTITUTION AS THE FEDERAL COURTS ARE A FEDERAL GOVERNMENT AGENCY UNDER THE CONTROL OF OUR UNITED STATES CONGRESS PLANTIFF REQUEST THAT FILING FEES BE WAIVED PLANTIFF IS ON SOCIAL SECURITY DISABILITY FIXED INCOME.

Wednesday, July 26, 2006

Signed  *John A Franklin*    7-27-06

John A. Franklin [Pro-Se]
30329 Vines Creek Road
Dagsboro Delaware 19939

Plantiffs