IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John A. Franklin,              ) | |
|                                ) | |
|     Plaintiffs,                ) | |
|                                ) | |
|     v.                         ) | Civil Action No. 06-466 GMS |
|                                ) | |
| Pocono Ranch Lands Property    ) | |
| Owners Association, President  ) | |
| Sal Albanese, Treasurer        ) | |
| Michael Muller, Recording      ) | |
| Secretary Barbara Cali,        ) | |
| Roy Borgfeld, John Cerruti,      | |
| Ed Condra, John Frawley,       ) | |
| Thelma Hurd, Chris Isolda,     ) | |
| Lois Martin, Rich Massaro,     ) | |
| Donald Murphy, Kathleen        ) | |
| Simoncic, Community Manager    ) | |
| David Cavanaugh, Barbara       ) | |
| Station, Milli Kleiber,          | |
| Bookkeeper Jenny Shull,           | |
| Joe Galayda, Deanna Romano,      | |
| Maintenance Staff David          | |
| Albaugh, Maintenance Timothy     | |
| McCabe, Maintenance Jim        ) | |
| Whittaker, Maintenance Brian     | |
| Schimmel, Maintenance Sam        | |
| Gurian, Housekeeping Patsy       | |
| Varga, Manager Joe Davis,      ) | |
| Steven Roach, Tim Santiago,      | |
| Richard Veech, Manager Doreen    | |
| Santiago, John Fuehrer,          | |
| Jennifer Nesci, Shannon          | |
| Whipple, Clarence White, and   ) | |
| NFN McBride,                   ) | |
|                                ) | |
|     Defendants.                ) | |

**ORDER**

The plaintiff, John A. Franklin, a *pro se* litigant, has filed this action together with a request that he be permitted to proceed in forma pauperis. The motion (D.I. #1) does not include specific financial information regarding the plaintiff.

At Wilmington this 10th day of August, 2006, IT IS ORDERED that:

1. Plaintiff shall complete and submit an application to proceed without prepayment of fees.

2. Failure to return the requested information within 30 days from the date this order is sent shall result in dismissal of this action without prejudice.

                                              _____
                                              United States District Judge