IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John A. Franklin, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-466 GMS |
| | ) |
| Pocono Ranch Lands Property | ) |
| Owners Association, President | ) |
| Sal Albanese, Treasurer | ) |
| Michael Muller, Recording | ) |
| Secretary Barbara Cali, | ) |
| Roy Borgfeld, John Cerruti, | ) |
| Ed Condra, John Frawley, | ) |
| Thelma Hurd, Chris Isolda, | ) |
| Lois Martin, Rich Massaro, | ) |
| Donald Murphy, Kathleen | ) |
| Simoncic, Community Manager | ) |
| David Cavanaugh, Barbara | ) |
| Station, Milli Kleiber, | ) |
| Bookkeeper Jenny Shull, | ) |
| Joe Galayda, Deanna Romano, | ) |
| Maintenance Staff David | ) |
| Albaugh, Maintenance Timothy | ) |
| McCabe, Maintenance Jim | ) |
| Whittaker, Maintenance Brian | ) |
| Schimmel, Maintenance Sam | ) |
| Gurian, Housekeeping Patsy | ) |
| Varga, Manager Joe Davis, | ) |
| Steven Roach, Tim Santiago, | ) |
| Richard Veech, Manager Doreen | ) |
| Santiago, John Fuehrer, | ) |
| Jennifer Nesci, Shannon | ) |
| Whipple, Clarence White, and | ) |
| NFN McBride, | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 6th day of Nov., 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.


United States District Judge

FILED
NOV -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE