## IN THE FEDERAL DISTRICT COURT OF THE THIRD CIRCUIT

## WILMINGTON DELAWARE

John A. Franklin [Pro-Se]
30329 Vines Creek Road
Dagsboro Delaware 19939

**Plantiff**

### Civil Docket Nimber 1:06-cv-00466-GMS
### Varified Complaint Demand A Jury Trial [seventh amendment]

Pocono Ranch Lands Property Owners Association [a foreign corporation]
80 Pocono Ranch Lands
Bushkill, PA 18324-9801

and



the following in there official capacity and individual capacity
President Vice President Sal Albanese Treasurer Michael Muller
Recording Secretary Barbara Cali
Associated Board Members
Roy Borgfeld  John Cerruti  Ed Condra  John Frawley
Thelma Hurd  Chris Isolda  Lois Martin  Rich Massaro  Donald Murphy
Kathleen Simoncic
Office Staff
David Cavanaugh Community Manager Barbara Station—Asst. Community Manager
Milli Kleiber - Administrative Assistant
Deanna Romano—Administrative Assistant
Jenny Shull - Bookkeeper
Joe Galayda - Construction Administrator
Maintenance Staff
David Allbaugh - Maintenance Supervisor
Timothy McCabe - Maintenance
Jim Whittaker - Maintenance
Brian Schimmel - Maintenance
Sam Gurian—Maintenance
Patsy Varga - Housekeeping
Public Safety Staff
Joe Davis - Manager
Steven Roach
Tim Santiago
Richard Veech

Stable Staff
Doreen Santiago - Manager
John Fuehrer
Jennifer Nesci
Shannon Whipple
Charlene White

and

Mr. McBride [lawyer]   [a foreign corporation]
213 Silver Lake Road
Dingmans Ferry
State, Zip Code PA  18328

**FRCP 19. Joinder of Persons Needed for Just Adjudication**
**(a) Persons to be Joined if Feasible.**
**Attorneys for defendent.**

Young & Haros, LLC    [a foreign corporation]
802 Main Street,
Stroudsburg, Pennsylvania 18360-1602
Telephone: 570-424-9800, Fax: 570-424-9288

Defendants

# MOTION TO ADD

ADD Young & Haros, LLC    [a foreign corporation] AS DEFENDANTS IN LAWSUIT AS THEY ARE

Pocono Ranch Lands Property Owners Association [a foreign corporation] ATTORNEYS.

# PROOF OF SERVICE

I, John A. Franklin, do swear or declare that on this date, Wednesday, May 30, 2007
as required by, THE UNITED STATES DISTRICT COURT  FOR THE
DISTRICT OF DELAWARE I have served the enclosed Plantiff(s), Motion FRCP
FRCP 19. Joinder of Persons Needed for Just Adjudication  on each party to the
above proceeding or that party's counsel, and on every  other person required to be served, by
depositing an envelope containing the above documents in the United States mail properly addressed
to each of them and with first-class postage prepaid, and or by FAX, and or Electronic Mail, and
Through The Clerks Office of The U.S. District Court Of Delaware ( in forma pauperis ).

The names and addresses of those served are as follows:

Signed Mr. John A. Franklin _____

**Pocono Ranch Lands Property Owners Association**
**80 Pocono Ranch Lands**
**Bushkill, PA 18324-9801**


**Young & Haros, LLC**
**802 Main Street,**
**Stroudsburg, Pennsylvania 18360-1602**
**Telephone: 570-424-9800, Fax: 570-424-9288**

**Amended Complaint  Wednesday, May 30, 2007 as per The Honorable Judge Sleet**
**[I] Defendant added Young & Haros, LLC    [a foreign corporation]**
**FRCP 19. Joinder of Persons Needed for Just Adjudication**

**Page 1**

## IN THE FEDERAL DISTRICT COURT OF THE THIRD CIRCUIT

## WILMINGTON DELAWARE

**John A. Franklin [Pro-Se]**
**30329 Vines Creek Road**
**Dagsboro Delaware 19939**

**Plantiff**

### Civil Docket Nimber 1:06-cv-00466-GMS
#### Varified Complaint Demand A Jury Trial [seventh amendment]

**Pocono Ranch Lands Property Owners Association [a foreign corporation]**
**80 Pocono Ranch Lands**
**Bushkill, PA 18324-9801**

**and**

**the following in there official capacity and individual capacity**
**President Vice President Sal Albanese Treasurer Michael Muller**
**Recording Secretary Barbara Cali**
**Associated Board Members**
**Roy Borgfeld  John Cerruti Ed Condra John Frawley**
**Thelma Hurd Chris Isolda Lois Martin Rich Massaro Donald Murphy**
**Kathleen Simoncic**
**Office Staff**
**David Cavanaugh Community Manager Barbara Station—Asst. Community Manager**
**Milli Kleiber - Administrative Assistant**
**Deanna Romano—Administrative Assistant**
**Jenny Shull - Bookkeeper**
**Joe Galayda - Construction Administrator**
**Maintenance Staff**
**David Allbaugh - Maintenance Supervisor**
**Timothy McCabe - Maintenance**
**Jim Whittaker - Maintenance**
**Brian Schimmel - Maintenance**
**Sam Gurian—Maintenance**
**Patsy Varga - Housekeeping**
**Public Safety Staff**

Joe Davis - Manager
Steven Roach
Tim Santiago
Richard Veech
Stable Staff
Doreen Santiago - Manager
John Fuehrer
Jennifer Nesci
Shannon Whipple
Charlene White

and

Mr. McBride [lawyer]   [a foreign corporation]
213 Silver Lake Road
Dingmans Ferry
State, Zip Code PA  18328

**FRCP 19. Joinder of Persons Needed for Just Adjudication
(a) Persons to be Joined if Feasible.
Attorneys for defendent.**

Young & Haros, LLC   [a foreign corporation]
802 Main Street,
Stroudsburg, Pennsylvania 18360-1602
Telephone: 570-424-9800, Fax: 570-424-9288

**Defendants**

## JURISDICTION

TITLE 28 PART IV CHAPTER 85  SECTION 1332

federal question **1332 diversity of citizenship**

**Malicious Prosecution   jurisdictions of courts**

## Malicious Prosecution/Abuse of Process

  1. These torts involve misuse of the legal system, so even though such claims are rare, attorneys are targeted in some of these suits. Era Realty Co. v. RBS Properties, 576 N.Y.S.2d 831 (2nd Dep't 1992) (attorney may be liable for both abuse of process and **conversion for executing on default judgment entered by a court lacking subject matter jurisdiction).**

**STATUTE OF LIMITATIONS**

No Covenants, signed by plantiff, and/or Parol [oral]

**Point of Fact**

**Jurisdiction:**

**In setting the jurisdictions of courts, Congress and the U.S. Constitution -- and their state**

**counterparts -- mandate the types of cases each court may hear.**

**Federal courts have jurisdiction over lawsuits between citizens of different states.**

**Mr. Franklin has never lived in The State of Pennsylvania.**

## COMPLAINT

<u>See Exhibits Attached</u>

Malicious Prosecution  <u>jurisdictions of courts</u>

<u>abuse of process and conversion for executing on default judgment entered by a court lacking subject matter jurisdiction</u>).

## <u>Malicious Prosecution/Abuse of Process</u>

   1. These torts involve misuse of the legal system, so even though such claims are rare, attorneys are targeted in some of these suits. Era Realty Co. v. RBS Properties, 576 N.Y.S.2d 831 (2nd Dep't 1992) (attorney may be liable for both abuse of process and conversion for executing on default judgment entered by a court lacking subject matter jurisdiction), aganist Mr. John A. Franklin

STATUTE OF LIMITATIONS

No Covenants, signed by plantiff, and/or Parol [oral]

property was non-perk test

Malicious Prosecution  <u>jurisdictions of courts</u>

<u>causing undue psychological and physical injury, due to power of courts</u>

<u>Point of Fact</u>

<u>Jurisdiction:</u>

**In setting the jurisdictions of courts, Congress and the U.S. Constitution -- and their state**

**counterparts -- mandate the types of cases each court may hear.**

**Federal courts have jurisdiction over lawsuits between citizens of different states.**

**Mr. Franklin has never lived in The State of Pennsylvania.**

**Futhermore to sue in Federal Court one of  two criterias' have to be met.**

**[I] TITLE 28 PART IV  CHAPTER 85**
**CHAPTER 85—DISTRICT COURTS; JURISDICTION**
**Section 1331   Federal question**
**Section 1332   Diversity of citizenship; amount in controversy; costs The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—**
**(1) citizens of different States;**

**Each state has local trial courts, which include courts for misdemeanors (non-penitentiary crimes), smaller demand civil actions (called municipal, city, justice or some other designation), and then courts, usually set up in each county (variously called Superior, District, County, Common Pleas courts.**

Defendants filed a lawsuit against Mr. Franklin in the Pennsylvania State Local Court

Defendants have no personal jurisdiction over Mr. Franklin because Mr. Franklin is neither a citizen of nor

does business in Pennsylvania.

[1]  In the court of  THE 60TH JUDICAL DISTRICT OF THE COMMONWEALTH OF

PENNSYLVANIA  **Magisterial District 60-3-04** Delaware Township, Lehman Township, Porter Township,

In Pike County  [executing on **default judgment entered** by a court lacking subject matter jurisdiction]

aganist plantiff.

[II]  Then Defendants filed a second lawsuit  IN THE COURT OF COMMON PLEAS Pike County (60)

COMMONWEALTH OF PENNSYLVANIA case voided due lack of jurisdiction of Pennsylvania Law

COURTS OF COMMON PLEAS [ executing on **default judgment entered** by a court lacking subject matter

jurisdiction], aganist plantiff.

The Lawsuits aganist Mr. Franklin were non factual.

Filing a lawsuit with the intention of creating problems for the defendant such as costs, attorneys' fees, anguish, or distraction when there is no substantial basis for the suit. If the defendant in the lawsuit wins and has evidence that the suit was filed out of spite and without any legal or factual foundation, he/she may, in turn, sue for damages against the person who filed the original action. If malice is clearly proved against the party who brought the original suit, punitive damages may be awarded along with special and general damages. In recent cases, courts have ruled that an attorney who knowingly assists a client in filing a worthless lawsuit out of malice is liable for damages along with the client.

Defendants have caused [liable] for psychological and physical distress. By pursuing

a void, frivilous, and moot claim.

[I]         Mister Franklin is disabled and lives on $550.00 per month.

[II]         Mister Franklin purchased said property {LOT} at land auction for $25.00 dollars
along with his wife { MADEN NAME JOSEPHINE M FRANCO, JOSEPHINE M FRANKLIN}
both names are on deed and both are named in suit Mrs. MADEN NAME JOSEPHINE M FRANCO,
JOSEPHINE M FRANKLIN has yet to be contacted by Mr.McBride and/or Defendants making
suit void, and moot.
[S/S # 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
BIRTH DAY 12-12-40
CURRENTLY LIVING IN THE STATE OF PA.
<u>Joint Owners</u> - Any person holding property jointly or in common can be held liable for the tax as to
the whole property, or as to his or her proportionate interest.
<u>How is the property being used</u> - SAID PROPERTY IS NOT BEING USED-IT IS A
VACANT {LOT}.
State legislatures can, subject to certain limitations, exempt any persons or property from taxation
or provide comparable tax benefits such as abatements, credits, or reduced assessment ratios.
In general the tax benefit must serve a public purpose and the classification on which it is based
cannot be arbitrary.  In most cases the availability of the benefit will be conditioned on the property
being used for a specific purpose

[III]         Under Pennsylvania Law Mister Franklin relinquished all rights to said {LOT}
give up or abandon, by default failure to perform a task or fulfill an obligation, especially failure
to meet a financial obligation.

[IV]         Futhermore Mister Franklin never belong to defendants Pocono Ranch Lands
Property Owners Association [Signed Contract]

[V]            Pennsylvania Tax Bill
Pennsylvania Real Estate Upset Tax Sales Bill

Real Estate tax sales in Southeastern Pennsylvania counties (other than Philadelphia) are held in September of each year. Unpaid real estate taxes become delinquent on January 1st of the year following the year when the taxes are due (for example, 1999 taxes became delinquent on January 1, 2000). The taxing authorities return a claim for unpaid taxes to the County Tax Claim Bureau by April 1st. The Tax Claim Bureau acts as the agent for the taxing authorities in a county. Delinquent taxes can be paid only to the Tax Claim Bureau, not to the local tax collectors. Interest is charged at the rate of 9 percent per year.

A notice of the tax claim is sent to the owner by certified mail by July 31st of the year after the taxes are due. The tax claim becomes absolute on the following January 1st, but may be discharged until July 1st of the following year. The redemption period runs until the property is sold at the public sale in September.

The Tax Sale

Upset tax sales are scheduled in September at the county courthouse for unpaid township or borough, county and school district real estate taxes. The sales in 2000 will usually be for unpaid 1998 taxes. Notice of the sale is given by publication in a legal publication and in two papers of general circulation at least 30 days prior to the sale. The Tax Claim Bureau gives written notice to each owner by certified mail. The property must be posted at least ten days prior to the sale. Mortgagees and other lienholders do not receive personal notice of either the tax claim or the tax sale. A tax sale will not divest prior unpaid liens of record, such as mortgages and judgments. The sale will, however, divest liens of all taxes and municipal claims which are included in the upset price. There is no right of redemption after the property is sold at tax sale.

Removal From Sale

The owner or any lien creditor may, prior to the sale, pay the delinquent taxes in full to discharge the tax claim. Alternately, the owner or any lien creditor may enter into an agreement with the Tax Claim Bureau to pay the taxes, charges and interest in installments. The terms of an installment agreement require an initial payment of twenty-five percent of the amount due on tax claims filed and an agreement to pay the balance in three subsequent installments, all within one year.

Upset Tax Sale

The upset price is the minimum price for which the property may be sold. It includes the claim for delinquent real estate taxes, corporation tax claims of the Commonwealth of Pennsylvania, municipal claims and costs of notice and sale. Real estate taxes for the current year will usually be added. Property may be sold at or above the upset price at a public auction sale conducted by the Tax Claim Bureau.

The purchaser must pay the entire purchase price on the day of the sale. There are no restrictions concerning who may bid at the public sale. The purchaser is required to pay real estate transfer taxes on the Tax Claim deed based on the fair market value of the property.

Within thirty days after the sale, the Tax Claim Bureau sends written notice of the sale to the owner. Within sixty days of the sale, the Bureau files a petition for confirmation of the sales by the court. The owner may file objections to the confirmation of sale within thirty days following confirmation. The objections may question the regularity or legality of the sale, including notice of the sale, but may not raise the legality of the taxes. After the court has confirmed the sale, the Tax Claim Bureau executes and records a deed for the property to the successful bidder. While Tax Claim deeds are valid, some title insurance companies will not insure them, so it may be necessary for the purchaser to file an action to quiet title against the former owner to get insurable title.

Federal Tax Liens

If there are federal tax liens against the property, there are important considerations which must be addressed prior to the tax sale concerning the rights of the Internal Revenue Service.

Dates of Sales

The dates for this year's upset tax sales in the Southeastern Pennsylvania counties are as follows:

Berks County (Reading), Sept. 26 - 9:30 a.m.
Bucks County (Doylestown), Sept. 19 - 10:00 a.m.
Chester County (West Chester), Sept. 28 - 10:00 a.m.
Delaware County (Media), Sept. 11 - 10:00 a.m.
Lancaster County (Lancaster), Sept. 18 - 10:00 a.m.
Lehigh County (Allentown), Sept. 13 - 10:00 a.m.
Montgomery County (Norristown), Sept. 18 - 8:30 a.m.
Northampton County (Easton), Oct. 30 - 2:00 p.m.

## PRAYER FOR RELIEF

[I]    Punitive Damages of $10 Million Dollars

The above is true under penalty of perjury.

John A. Franklin [Pro-Se]
30329 Vines Creek Road
Dagsboro Delaware 19939
(302) 732 1400


# PROOF OF SERVICE

I, John A. Franklin, do swear or declare that on this date, Wednesday, May 30, 2007
as required by, THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE I have served the enclosed Plantiff(s), amended complaint, on each party to the
above proceeding or that party's counsel, and on every other person required to be served, by
depositing an envelope containing the above documents in the United States mail properly addressed

to each of them and with first-class postage prepaid, and or by FAX, and or Electronic Mail, and Through The Clerks Office of The U.S. District Court Of Delaware ( in forma pauperis ).

The names and addresses of those served are as follows:

Signed Mr. John A. Franklin _____

Pocono Ranch Lands Property Owners Association
80 Pocono Ranch Lands
Bushkill, PA 18324-9801


Young & Haros, LLC
802 Main Street,
Stroudsburg, Pennsylvania 18360-1602
Telephone: 570-424-9800, Fax: 570-424-9288

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE®

www.usps.com

United States Postal Service®

**DELIVERY CONFIRMATION™**

0305 2710 0000 1114 2717

From:

Mr. John A. Franklin
10329 Vines Creek Rd.,
Dagsboro, DE 19939-4323

To:

Chief Court Clerk, U.S. District Court Of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801

We Deliver.

HOW TO USE:

1. COMPLETE ADDRESS AREA
2. PAYMENT METHOD
3. ATTACH LABEL (Optional)

$5.25

19901

# Exhibit A

## Diversity jurisdiction

Diversity jurisdiction is a term used in <u>civil procedure</u> to refer to the situation in which a <u>United States district court</u> has <u>subject matter jurisdiction</u> to hear a <u>civil case</u> because the parties are "diverse," meaning that they come from different states.



**<u>United States</u> <u>Federal</u>**
**<u>civil procedure</u> doctrines**
**<u>Justiciability</u>**
<u>Advisory opinions</u>
<u>Standing</u> · <u>Ripeness</u> · <u>Mootness</u>
<u>Political questions</u>
**<u>Jurisdiction</u>**
\* <u>Subject-matter jurisdiction</u>:
<u>Federal question jurisdiction</u>
Diversity jurisdiction
<u>Supplemental jurisdiction</u>
<u>Removal jurisdiction</u>
<u>Amount in controversy</u>
<u>Class Action Fairness Act of 2005</u>
\* <u>Personal jurisdiction</u>:
<u>Jurisdiction in rem</u>
<u>Minimum contacts</u>
**<u>Federalism</u>**
*<u>Erie</u>* doctrine · <u>Abstention</u>
<u>Sovereign immunity</u> · <u>Abrogation</u>
*<u>Rooker-Feldman</u>* doctrine
<u>Adequate and</u>
<u>independent state ground</u>

*edit this template*

<u>Article III, § 2 of the United States Constitution</u> gives the <u>U.S. Congress</u> the power to permit federal courts to hear such cases. The provision was included because the writers of the Constitution were concerned that, where a case was brought in one state involving parties from both that state and another, the state court might be biased towards the party from its own state. Congress first exercised that power and granted federal trial district courts diversity jurisdiction in the <u>Judiciary Act of 1789</u>. Diversity jurisdiction is presently codified at <u>28 U.S.C. § 1332</u>.

**Exhibit B**

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF: **PIKE**

# NOTICE OF JUDGMENT/TRANSCRIPT
## CIVIL CASE

| | |
|---|---|
| Mag. Dist. No. **60-3-04** | PLAINTIFF:    NAME and ADDRESS |
| MDJ Name: Hon. **STEPHEN A. MCBRIDE** | **POCONO RANCH LANDS P.O.A.** |
| Address: **213 SILVER LAKE ROAD DINGMANS FERRY, PA** | **80 RANCH LANDS** **BUSHKILL, PA 18324** |
| Telephone (**570**) **828-2880    18328** | VS. |

DEFENDANT:    NAME and ADDRESS

**FRANKLIN, JOHN A., ET AL.**
**30329 VINES CREEK RD**
**DAGSBORO, DE 19939**

**JOHN A. FRANKLIN**
**30329 VINES CREEK RD**
**DAGSBORO, DE 19939**

Docket No.: **CV-0000127-06**
Date Filed:    **5/12/06**

## THIS IS TO NOTIFY YOU THAT:

Judgment: **DEFAULT JUDGMENT PLTF** (Date of Judgment) **8/03/06**

[X] Judgment was entered for:    (Name) **POCONO RANCH LANDS P.O.A.**

[X] Judgment was entered against: (Name) **FRANKLIN, JOHN A.**
in the amount of $ **4,241.81**

[ ] Defendants are jointly and severally liable.

[ ] Damages will be assessed on Date & Time_____

[ ] This case dismissed without prejudice.

[ ] Amount of Judgment Subject to Attachment/42 Pa.C.S. § 8127
$ _____

[ ] Portion of Judgment for physical damages arising out of
residential lease $_____

| | |
|---|---|
| Amount of Judgment | $ **4,092.31** |
| Judgment Costs | $ **149.50** |
| Interest on Judgment | $ **.00** |
| Attorney Fees | $ **.00** |
| **Total** | $ **4,241.81** |
| Post Judgment Credits | $_____ |
| Post Judgment Costs | $_____ |
| | ============ |
| **Certified Judgment Total** | $_____ |

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF THE COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.
EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGEMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE. UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

**8-3-06** Date _____  , Magisterial District Judge

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____ Date _____ , Magisterial District Judge

My commission expires first Monday of January,    **2008**.    SEAL

AOPC 315-06

**DATE PRINTED:    8/03/06   11:48:00 AM**

**Exhibit C**

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF: **PIKE**

**NOTICE OF JUDGMENT/TRANSCRIPT**
**CIVIL CASE**

| Mag. Dist No. | |
|---|---|
| **60-3-04** | |

MDJ Name Hon.
**STEPHEN A. MCBRIDE**
Address **213 SILVER LAKE ROAD**
**DINGMANS FERRY, PA**

Telephone (**570**) **828-2880**    **18328**

PLAINTIFF:    NAME and ADDRESS
**POCONO RANCH LANDS P.O.A.**
**80 RANCH LANDS**
**BUSHKILL, PA 18324**

VS.

DEFENDANT:    NAME and ADDRESS
**FRANKLIN, JOHN A., ET AL.**
**30329 VINES CREEK RD**
**DAGSBORO, DE 19939**

**JOHN A. FRANKLIN**
**30329 VINES CREEK RD**
**DAGSBORO, DE 19939**

Docket No.: **CV-0000127-06**
Date Filed:    **5/12/06**

THIS IS TO NOTIFY YOU THAT:

Judgment: **DEFAULT JUDGMENT PLTF**    (Date of Judgment) **12/14/06**

[X] Judgment was entered for:    (Name) **POCONO RANCH LANDS P.O.A.**

[X] Judgment was entered against: (Name) **FRANKLIN, JOSEPHINE**
in the amount of $ **4,303.69**

[ ] Defendants are jointly and severally liable.

[ ] Damages will be assessed on Date & Time_____

[ ] This case dismissed without prejudice.

[ ] Amount of Judgment Subject to Attachment/42 Pa.C.S. § 8127
$ _____

[ ] Portion of Judgment for physical damages arising out of
residential lease $_____

| | |
|---|---|
| Amount of Judgment | $ **4,092.31** |
| Judgment Costs | $ **211.38** |
| Interest on Judgment | $ **.00** |
| Attorney Fees | $ **.00** |
| Total | $ **4,303.69** |
| Post Judgment Credits | $ _____ |
| Post Judgment Costs | $ _____ |
| Certified Judgment Total | $ _____ |

ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF THE COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGEMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

_____ Date _____, Magisterial District Judge

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____ Date _____, Magisterial District Judge

My commission expires first Monday of January. **2008**    SEAL

AOPC 315-06

**DATE PRINTED:    12/14/06    11:19:00 AM**

# Exhibit D

<u>COURT OF COMMON PLEAS OF THE SIXTIETH JUDICIAL DISTRICT</u>
<u>COMMONWEALTH OF PENNSYLVANIA - PIKE COUNTY</u>
<u>CIVIL ACTION</u>

POCONO RANCHLANDS PROPERTY :
OWNERS ASSOCIATION, INC., :
     Plaintiff :  NO.  1758  CIVIL  2006
   v.  :
       :
JOHN A. FRANKLIN AND  :
JOSEPHINE ARONICA, F/K/A :
JOSEPHINE FRANKLIN  :
    Defendants  :

## <u>PLAINTIFF'S REPLY TO NEW MATTER</u>

Plaintiff, Pocono Ranchlands Property Owners Association, Inc., by and through its counsel, Young & Haros, LLC, hereby relies to Defendant Josephine Aronica's New Matter as follows:

Paragraphs 1-47 of Plaintiff's complaint are hereinafter incorporated by reference as if set forth at length.

1-5. Denied.  Paragraphs 1-5 are specifically denied as conclusions of law to which no response is required.

WHEREFORE, Plaintiff respectfully requests judgment in its favor and against Defendants, John A. Franklin and Josephine Aronica.

YOUNG & HAROS, LLC

BY: _____
  GREGORY D. MALASKA, ESQ.
  Attorney I.D. No. 85524
  802 Main St.
  Stroudsburg, PA  18360-1602
  (570) 424-9800

  Attorneys for Plaintiff

1

**COURT OF COMMON PLEAS OF THE SIXTIETH JUDICIAL DISTRICT**
**COMMONWEALTH OF PENNSYLVANIA - PIKE COUNTY**
**CIVIL ACTION**

POCONO RANCHLANDS PROPERTY : 
OWNERS ASSOCIATION, INC., :

              Plaintiff    :     NO. 1758 CIVIL 2006

        v. :

JOHN A. FRANKLIN AND :
JOSEPHINE ARONICA, F/K/A :
JOSEPHINE FRANKLIN, :

            Defendants  :

**CERTIFICATE OF SERVICE**

I hereby certify that on the _20th_ day of _Febru___, 2007, a true and correct copy of the Plaintiff's Reply to New Matter was served by first class mail, postage prepaid, as follows:

Josephine Aronica
f/k/a Josephine Franklin
c/o Vincent S. Cimini
Foley, Cognetti, Comerford, Cimini & Cummins
700 Scranton Electric Building
507 Linden Street
Scranton, PA 18503-1666

John A. Franklin
30329 Vines Creek Road
Dagsboro, DE 19939

Date: _2/20/07_

Gregory D. Malaska, Esquire

2

# Exhibit E

## IN THE COURT OF COMMON PLEAS OF
## PIKE COUNTY, PENNSYLVANIA
### CIVIL

POCONO RANCHLANDS PROPERTY :
OWNERS ASSOCIATION, INC., :
     Plaintiff, :

                                  No. 1758-2006- Civil

vs. :

JOHN A. FRANKLIN, :
JOSEPHINE ARONICA, :
     Defendants :

## ORDER

AND NOW, this _57½_ day of February, 2007, upon consideration of

Defendant, John A. Franklin's, Motion to Dismiss summary Judgement [sic] Under

Substantive Due Rights and/or Law, Defendant's Motion is hereby DENIED. The Court

notes that the Defendant previously filed two Motions to Dismiss which were also

DENIED by the Court. The instant motion is identical to the previous motion. The Court

will not entertain any further Motions by this Defendant that are in violation of the

Pennsylvania Rules of Civil Procedure regarding motion and pleading practice.

BY THE COURT:

Hon. Joseph F. Kameen, P.J.

cc:    John A. Franklin
       Josephine Aronica
       Gregory D. Malaska, Esq.
       Vincent S. Crimini, Esq.
       Court Administrator

sm

# Exhibit F

### IN THE COURT OF COMMON PLEAS OF
### PIKE COUNTY. PENNSYLVANIA
### CIVIL

POCONO RANCHLANDS PROPERTY
OWNERS ASSOCIATION, INC.,
          Plaintiff,                          :
                                :   No. 1758-2006- Civil

vs.                                         :

JOHN A. FRANKLIN,                           :
JOSEPHINE ARONICA,
          Defendants                       :

## ORDER

AND NOW, this _26th_ day of February, 2007, upon consideration of

Defendant, John A. Franklin's, Motion to Dismiss summary Judgement [sic] Under

Substantive Due Rights and/or Law, Defendant's Motion is hereby DENIED. The Court

notes that the Defendant previously filed a Motion to Dismiss which was also DENIED

by the Court. The instant motion like the previous motion is void of facts or legal

arguments relevant to a Motion to Dismiss and consists of identical portions of the

previous motion. The Court will not entertain any further incomprehensible Motions by

this Defendant that are in violation of the Pennsylvania Rules of Civil Procedure

regarding motion and pleading practice.

BY THE COURT:

Hon. Joseph F. Kameen, P.J.

cc:    John A. Franklin
       Josephine Aronica
       Gregory D. Malaska, Esq.
       Vincent S. Crimini, Esq.
       Court Administrator

sm

# Exhibit G

09/20/2006  12:52    5702961931                                         PAGE  01

September 21,                        20 06
        Exit Notice to Defendant(s)
        By Regular First Class Mail

## CERTIFICATE

(Act of June 25, 1937)

To the Prothonotary:

I hereby certify that the precise residence address of

POCONO RANCHLANDS PROPERTY
OWNERS ASSOCIATION, INC.

the within named Judgment Creditor is:

80 Ranchlands

Bushkill, PA  18324

and the last known address of Defendant(s) is:

30329 Vines Creek Road

Dagsboro, DE  19939

Enter Judgment on accompanying note in the sum of

$ 4,241.81                    , with Interest

from      August 3, 2006

_____
                        For Creditor

NO. 46234         20 06  JUDGMENT

IN THE COURT OF COMMON PLEAS
OF PIKE COUNTY, PENNSYLVANIA


POCONO RANCHLANDS PROPERTY
OWNERS ASSOCIATION, INC.

                                Creditor


                vs

JOHN A. FRANKLIN


                        Defendant(s)

POCONO RANCHLANDS PROPERTY          :      IN THE COURT OF COMMON PLEAS
OWNERS ASSOCIATION, INC.,                         OF PIKE COUNTY
                                    :
(CREDITOR)
                                    :      CIVIL ACTION - LAW
VS.
                                    :      No. J._____ -Judgment
JOHN A. FRANKLIN
                                    :

                                    :
(DEBTOR)
                                    :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

TO:  JOHN A. FRANKLIN


### NOTICE OF ENTRY OF JUDGMENT

**PLEASE TAKE NOTICE THAT** on the ____Day of _____, 20____judgment

**in the above captioned matter has been entered against you in the amount of $** _____.

**We are required pursuant to new Rule #236 of Pennsylvania Rules of Civil Procedure to**

**notify you of the entry of said judgment and this shall constitute such notice.**

                        DENISE FITZPATRICK

                        _____
                                        Prothonotary


                        _____
                                        Deputy

COURT OF COMMON PLEAS OF PIKE COUNTY
60TH JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA

POCONO RANCHLANDS PROPERTY
OWNERS ASSOCIATION, INC.,                    NO.        CIVIL 2006
                    Plaintiff

Vs.

JOHN A. FRANKLIN,
                    Defendant

PRAECIPE FOR ENTRY OF JUDGMENT

TO THE PROTHONOTARY:

1.  Enter judgment on the attached:

    [ ]   Instrument confessing judgment or authorizing confession by
          an attorney at law or other person against the person who
          executed it.
    [x]   Certified copy of judgment from a District Justice.
    [ ]   Other (please describe) _____
    a.    Date of Instrument ____8/3/06_____
    b.    Amount $ 4,241.81_____
    c.    Interest from __8/3/06_____

2.  Enter the judgment in favor of the original holder, or (unless
    expressly forbidden in the instrument) other in favor of the assignee or
    other transferee;

3.  I hereby certify that the residence of the plaintiff Pocono Ranchlands Property Owners
    Association, Inc. is RR 1 PRL 80, Bushkill, PA 18324

4.  I hereby certify that the residence of the defendant John A. Franklin is 30329 Vines
    Creek Road, Dagsboro, DE 19939

                                              _____
                                                  Attorney for Plaintiff

Name __Gregory D. Malaska, Esq._____
Address Young & Haros, LLC. 802 Main St., Stroudsburg, PA 18360-1602
Telephone ____(570) 424-9800____
Attorney ID No. _____85524_____

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF: **PIKE**

# NOTICE OF JUDGMENT/TRANSCRIPT
## CIVIL CASE

Mag Dist No

**60-3-04**

MDJ Name Hon

**STEPHEN A. MCBRIDE**
**213 SILVER LAKE ROAD**
**DINGMANS FERRY, PA**

Telephone (**570**) **828-2880**  **18328**

PLAINTIFF      NAME and ADDRESS

**POCONO RANCH LANDS P.O.A.**
**80 RANCH LANDS**
**BUSHKILL, PA 18324**

VS.

DEFENDANT      NAME and ADDRESS

**FRANKLIN, JOHN A., ET AL.**
**30329 VINES CREEK RD**
**DAGSBORO, DE 19939**

**POCONO RANCH LANDS P.O.A.**
**80 RANCH LANDS**
**BUSHKILL, PA 18324**

Docket No.: **CV-0000127-06**
Date Filed:  **5/12/06**

**THIS IS TO NOTIFY YOU THAT:**

Judgment: **DEFAULT JUDGMENT PLTF**     (Date of Judgment)   **8/03/06**

[X] Judgment was entered for:  (Name)  **POCONO RANCH LANDS P.O.A.**

[X] Judgment was entered against: (Name)  **FRANKLIN, JOHN A.**
in the amount of $ **4,241.81**

[ ] Defendants are jointly and severally liable.

[ ] Damages will be assessed on Date & Time_____

[ ] This case dismissed without prejudice.

[ ] Amount of Judgment Subject to Attachment/42 Pa.C.S. § 8127
$_____

[ ] Portion of Judgment for physical damages arising out of
residential lease $_____

| | |
|---|---|
| Amount of Judgment | $ **4,092.31** |
| Judgment Costs | $ **149.50** |
| Interest on Judgment | $ **.00** |
| Attorney Fees | $ **.00** |
| Total | $ **4,241.81** |
| Post Judgment Credits | $_____ |
| Post Judgment Costs | $_____ |
| Certified Judgment Total | $_____ |

**ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF THE COURT OF COMMON PLEAS, CIVIL DIVISION. YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.**

**EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGEMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.**

**UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.**

**8-3-06** Date _____. Magisterial District Judge

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

**9-14-06** Date _____. Magisterial District Judge

My commission expires first Monday of January, **2008**       SEAL

AOPC 315-06

**DATE PRINTED:    9/14/06   11:53:00 AM**

## COURT OF COMMON PLEAS OF THE SIXTIETH JUDICIAL DISTRICT
### COMMONWEALTH OF PENNSYLVANIA - PIKE COUNTY
### CIVIL ACTION

POCONO RANCHLANDS PROPERTY
OWNERS ASSOCIATION, INC.,

     Plaintiff

      v.

JOHN FRANKLIN,

     Defendant

NO. 0000127 CIVIL 2006
District Court 60-3-04

### AFFIDAVIT OF NON-MILITARY SERVICE

COMMONWEALTH OF PENNSYLVANIA  :

              ss

COUNTY OF PIKE        :

    David Cavanaugh, the Community Manager for Pocono Ranchlands Property Owners
Association, Inc., authorized to take this Affidavit on its behalf, being duly sworn according to
law, deposes and says that the above named Defendant, John Franklin, to the best of his
knowledge, information and belief, is not a member of the Armed Forces of the United States
of America.

                David Cavanaugh, Community Manager

Sworn to and subscribed
before me this *11* day
of *September*, 2006.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Barbara J. Station, Notary Public
Lehman Twp., Pike County
My Commission Expires July 31, 2010
Member, Pennsylvania Association of Notaries

# Exhibit H

### IN THE COURT OF COMMON PLEAS OF
### PIKE COUNTY, PENNSYLVANIA
### CIVIL

POCONO RANCHLANDS PROPERTY
OWNERS ASSOCIATION, INC.,
      Plaintiff,

                             :     No. 1758-2006- Civil

vs.

JOHN A. FRANKLIN,
JOSEPHINE ARONICA,
      Defendants

---

## ORDER

AND NOW, this ___3/7___ day of February, 2007, upon consideration of

Defendant, John A. Franklin's, Motion to Dismiss, Defendant's Motion is hereby

DENIED. The Defendant's motion is incomprehensible and fails to follow motion and

pleading requirements set forth in the Pennsylvania Rules of Civil Procedure.

BY THE COURT:

Hon. Joseph F. Kameen, P.J.

cc:    John A. Franklin
       Josephine Aronica
       Gregory D. Malaska, Esq.
       Vincent S. Crimini, Esq.
       Court Administrator

sl

# Exhibit I



COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF ATTORNEY GENERAL

April 4, 2007

**TOM CORBETT**
ATTORNEY GENERAL

15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 783-1111

John A. Franklin
30325 Vines Creek Road
Dagsboro, DE 19939

Dear Mr. Franklin:

Your letter to the Attorney General has been referred to this office for reply.

Our office receives a large number of letters from people who have legal matters or other problems they are trying to resolve. The authority of the Office of Attorney General is defined by state laws, and the matter you raise in your letter does not come under our jurisdiction.

If you want to pursue legal action, we recommend that you consult your own attorney about the matter presented in your letter. If you do not have an attorney, we recommend that you consult the bar association referral service in your county or the Pennsylvania Bar Association in Harrisburg at 717-238-6715.

If you are represented by counsel, you may have your lawyer call or write me directly if he or she believes this office can be of assistance within our authority.

Sincerely yours,

Amy M. Elliott
Senior Deputy Attorney General
Office of Civil Law

AME:mlm
CLS070473.

# Exhibit J

## COURT OF COMMON PLEAS OF THE SIXTIETH JUDICIAL DISTRICT
## COMMONWEALTH OF PENNSYLVANIA - PIKE COUNTY
### CIVIL ACTION

POCONO RANCHLANDS PROPERTY
OWNERS ASSOCIATION, INC.,         :
                                  :
                     Plaintiff    :        NO. 1758 CIVIL 2006
                                  :
        v.                        :
                                  :
JOHN A. FRANKLIN AND              :
JOSEPHINE ARONICA, F/K/A          :
JOSEPHINE FRANKLIN,               :
                                  :
                     Defendants   :

## CERTIFICATE OF SERVICE

I hereby certify that on the _18th_ day of _January_, 2007, a true and correct

copy of the Plaintiff's Complaint was served by first class mail, postage prepaid, as follows:

Josephine Aronica                        John A. Franklin
f/k/a Josephine Franklin                 30329 Vines Creek Road
c/o Vincent S. Cimini                    Dagsboro, DE 19939
Foley, Cognetti, Comerford, Cimini & Cummins
700 Scranton Electric Building
507 Linden Street
Scranton, PA 18503-1666

Date: _1/18/07_

_____
Gregory D. Malaska, Esquire

14

## VERIFICATION

I verify that the statements made in this Complaint are true and correct based on my knowledge, information and belief. I understand that false statements herein are made subject to penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

Date: 1/16/2007

POCONO RANCHLANDS PROPERTY
OWNERS ASSOCIATION

BY:
DAVID CAVANAUGH
COMMUNITY MANAGER

15

*original cert*

BOOK 1281 PAGE 144

UPSET PRICE SALE
PRIVATE BID SALE
FREE & CLEAR SALE
Sale No. 88-1

# Tax Claim Bureau Deed

**This Deed** Made this ___23rd___ day of ___September___ 19_88_

between the TAX CLAIM BUREAU of the County of Pike Pennsylvania, as Trustee, GRANTOR, and

JOHN A. FRANKLIN AND JOSEPHINE M. FRANKLIN,

183 Lamport Blvd., Staten Island, NY 10305

_____ GRANTEE

**Witnesseth**, that in consideration of $_25.00_ in hand paid, receipt whereof is hereby acknowledged, the said Grantor does hereby grant and convey unto the said Grantee the following lot of land with appurtenances:

All that certain lot or parcel of land situate in the Township of Lehman, County of Pike and State of Pennsylvania, Being Lot No. 680, Section No. 1, as shown on a Plan of lots entitled "Subdivision of lands of Benjamin Foster," Pocono Ranchlands, prepared by Edward C. Hess, Associates, recorded in Pike County Plat Book Volume 7 page 155.

Being the same premises that The Tax Claim Bureau of Pike County by its deed dated June 22, 1988, and intended to be recorded simultaneously herewith granted and conveyed to The Pike County Tax Claim Bureau. The property herein being part of a land repository established by the County of Pike through the Pike County Tax Claim Bureau.

Together with unto the grantee herein, his, her, their or its successors/assigns, all rights, liberties and privileges, and Under and Subject to all Restrictions and Reservations set forth in deeds in the chain of title.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
2 0 0 4 3
TAX

Real Estate Transfer Tax
E Stroudsburg Area Sch Distr $ .22
Lehman Township $ .21

_____
(Collector)

**In Witnesseth Whereof**, said Grantor has hereunto caused this Deed to be executed by its Director the day and year first above written

Signed, Sealed and Delivered
In the presence of:

TAX CLAIM BUREAU OF PIKE COUNTY, TRUSTEE

By _____ (SEAL)
DIRECTOR

16448

BOOK 1281 PAGE 145

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF PIKE                                          SS:

On this the          3rd          day of      OCTOBER        19 88

before me, the Prothonotary of the County of Pike the undersigned officer personally appeared

NANCY WILLIAMS                              , Director of the Tax Claim Bureau of the County of Pike

Commonwealth of Pennsylvania of  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX  known to

me to be the person described in the foregoing instrument and acknowledged that he executed the same in the capaci-

ty therein stated and for the purposes therein contained.

**In Witnesseth Whereof,** I have hereunto set my hand and official seal

I CERTIFY THAT THE PRECISE ADDRESS OF THE WITHIN GRANTEE IS:
183 Lamport Blvd.
Staten Island, NY 10305

---

OFFICE OF RECORDER
& PROTHY

**DEED**

TAX CLAIM BUREAU
of
Pike County, Trustee

TO

JOHN A. FRANKLIN AND
JOSEPHINE M. FRANKLIN

COMMONWEALTH OF PENNSYLVANIA,
COUNTY OF PIKE                              SS:

Recorded on this _____ 19 ___

day of _____

in the Recorder's Office of said County at Deed

Book _____ Page _____

Given under my hand and the seal of the said office

the date above written.

_____  Recorder

---

STATE OF PENNSYLVANIA
COUNTY OF PIKE  SS. RECORDED IN THE OFFICE OF THE
                    RECORDER IN AND FOR SAID COUNTY
AND STATE IN  DEED  BOOK NO. 1281  AT PAGE 144&c.
GIVEN UNDER MY HAND AND THE SEAL OF THE SAID OFFICE
THIS  3rd.  DAY OF  OCT.  A.D. 19 88

_____ RECORDER

_____ DEPUTY

BOOK 1281 PAGE 146

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF INDIVIDUAL TAXES
POST OFFICE BOX 8910
HARRISBURG, PA 17105-8910

**REALTY TRANSFER TAX**
**STATEMENT OF VALUE**

See Reverse for Instructions

| RECORDER'S USE ONLY | |
|---|---|
| State Tax Paid | $ 43 |
| Book Number | 1281 |
| Page Number | 146 |
| Date Recorded | 10-3-88 |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) when the deed is without consideration, or by gift, or (3) a tax exemption is claimed. A Statement of Value is not required if the transfer is wholly exempt from tax based on: (1) family relationship or (2) public utility easement. If more space is needed, attach additional sheet(s).

**A  CORRESPONDENT - All inquiries may be directed to the following person:**

Name: Pike County Tax Claim Bureau    Telephone Number: Area Code ( 717 ) 296-7744

Street Address: 506 Broad St.    City: Milford    State: PA    Zip Code: 18337

**B  TRANSFER DATA**    Date of Acceptance of Document

Grantor(s)/Lessor(s): Pike County Tax Claim Bureau    Grantee(s)/Lessee(s): John A. Franklin & Josephine M. Franklin

Street Address: 506 Broad St.    Street Address: 183 Lamport Blvd.

City: Milford    State: PA    Zip Code: 18337    City: Staten Island    State: NY    Zip Code: 10305

**C  PROPERTY LOCATION**

Street Address: Lot 680, Sec. 1, Pocono Ranchlands    City, Township, Borough: Lehman Township

County: Pike    School District: East Stroudsburg    Tax Parcel Number: 182.04-04-72

**D  VALUATION DATA**

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| $25.00 | + | = $25.00 |
| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Fair Market Value |
| $6.25 | x 6.94 | = $43.37 |

**E  EXEMPTION DATA**

1a. Amount of Exemption Claimed    1b. Percentage of Interest Conveyed

TAX PAID $ 43

2 Check Appropriate Box Below for Exemption Claimed

☐ Will or intestate succession _____ (Name of Decedent) _____ (Estate File Number) _____

☐ Transfer to Industrial Development Agency

☐ Transfer to agent or straw party (Attach copy of agency/straw party agreement)

☐ Transfer between principal and agent (Attach copy of agency/straw trust agreement) Tax paid prior deed $ _____

☐ Transfers to the Commonwealth, the United States and instrumentalities by gift, dedication, condemnation or in lieu of condemnation (Attach copy of resolution)

☐ Transfer from mortgagor to a holder of a mortgage in default. Mortgage Book Number _____ Page Number _____

☐ Corrective deed (Attach copy of the prior deed)

☐ Statutory corporate consolidation, merger or division (Attach copy of articles)

☐ Other (Please explain exemption claimed. If other than listed above.) _____

Under penalties of law, I declare that I have examined this Statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| Nancy Williams | |

(SEE REVERSE)