page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

1:06-cv-00466-GMS Franklin v. Pocono Ranch Lands Property Owners Association et al
Gregory M. Sleet, presiding
Date filed: 11/07/2006

10/22/2007 14 MOTION to Reopen Case - filed by John A. Franklin. (mmm) (Entered: 10/23/2007)

MOTION to Reopen Case

To combine malicious prosecution with abuse of summons

See Exhibit [Z]
malicious prosecution

PROOF OF SERVICE

I, John A. Franklin, do swear or declare that on this date, Thursday, November 08, 2007
as required by, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
DELAWARE I have served the enclosed Plantiff(s), Motion to include malicious prosecution,
on each party to the above proceeding or that party's counsel, and on every other person required
to be served, by depositing an envelope containing the above documents in the United States
mail properly addressed to each of them and with first-class postage prepaid, and or by FAX, and or Electronic Mail, and Through The Clerks Office of The U.S. District Court Of Delaware
( in forma pauperis ).

The names and addresses of those served are as follows:

Signed Mr. John A. Franklin    *[signature: John A. Franklin]*

**Young & Haros, LLC**
**802 Main Street,**
**Stroudsburg, Pennsylvania 18360-1602**
Telephone: 570-424-9800, Fax: 570-424-9288



EXHIBIT 2

## COURT OF COMMON PLEAS OF THE SIXTIETH JUDICIAL DISTRICT
## COMMONWEALTH OF PENNSYLVANIA - PIKE COUNTY
## CIVIL ACTION

POCONO RANCHLANDS PROPERTY  :    06CV466-GMS
OWNERS ASSOCIATION, INC.,    :
             Plaintiff    :    NO. 1758 CIVIL 2006
   v.                        :
JOHN A. FRANKLIN AND         :
JOSEPHINE ARONICA, F/K/A     :
JOSEPHINE FRANKLIN           :
             Defendants    :

### PRAECIPE TO DISCONTINUE



FILED
NOV 1 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO THE PROTHONOTARY:

Kindly discontinue the above matter without prejudice.

                     YOUNG & HAROS, LLC

                     BY: _____
                     GREGORY D. MALASKA, ESQ.
                     Attorney I.D. # 85524
                     802 Main Street
                     Stroudsburg, PA 18360-1602
                     (570) 424-9800

                     Attorney for the Plaintiff

COURT OF COMMON PLEAS OF THE SIXTIETH JUDICIAL DISTRICT
COMMONWEALTH OF PENNSYLVANIA - PIKE COUNTY
CIVIL ACTION

POCONO RANCHLANDS PROPERTY
OWNERS ASSOCIATION, INC.,

     Plaintiff   : NO. 1758 CIVIL 2006

  v.

JOHN A. FRANKLIN AND
JOSEPHINE ARONICA, F/K/A
JOSEPHINE FRANKLIN,

     Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2007, a true and correct copy of the Plaintiff's Praecipe to Discontinue was served by first class mail, postage prepaid, as follows:

Josephine Aronica
f/k/a Josephine Franklin
c/o Vincent S. Cimini
Foley, Cognetti, Comerford, Cimini & Cummins
700 Scranton Electric Building
507 Linden Street
Scranton, PA 18503-1666

John A. Franklin
30329 Vines Creek Road
Dagsboro, DE 19939

Date: 11/5/07

_____
Gregory D. Malaska, Esquire

# Young & Haros, LLC
## Attorneys at Law

Nicholas Charles Haros, Esq.
Extension 112
nharos@eastpennlaw.com

802 Main Street
Stroudsburg, PA 18360-1602
(570) 424-9800
Fax (570) 424-9288

November 5, 2007

Pike County Prothonotary
Pike County Courthouse
412 Broad Street
Milford, PA  18337

    Re:    Pocono Ranchlands POA vs. John A. Franklin, et al
            1758 Civil 2006
            Our File No. 5898/29

Prothonotary:

    Enclosed please find an original and two copies of our Praecipe to Discontinue along with our check in the amount $5.50 for filing.

    Please send the time stamped copies in the self addressed stamped envelope.

    Should you have any questions, please don't hesitate to contact me.

Very truly yours,

Gregory D. Malaska

GDM/bat
Enclosures
cc: Josephine Franklin Aronica, w/enclosure
    John A. Franklin, w/enclosure